```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                  HARRISON DIVISION
```

**BILLY RAGUS**                                                        **PLAINTIFF**

v.                          Civil No. 09-3038

**MICHAEL J. ASTRUE, Commissioner**
**Social Security Administration**                                     **DEFENDANT**

### O R D E R

Now on this 21st day of June, 2010, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #9), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint (document #1) is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

                                      /s/Jimm Larry Hendren
                                      HON. JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE